# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133756

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                               SC: 133756
                               COA: 263272
                               Eaton CC: 04-020389-FC

LEO PAUL CARMONA,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007                                                 

p0723                                                      Clerk